UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS "JESSE" JACOBO,<br><br>    Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION CO., INC.,<br><br>    Defendant. | Case No. 20-cv-08332-MMC   (KAW)<br><br>**ORDER TERMINATING DISCOVERY LETTERS**<br><br>Re: Dkt. No. 33, 34, 36 |

On June 3, 2022, the parties filed a discovery letter regarding the apex deposition of Rusty Rolfe. (Discovery Letter No. 1, Dkt. No. 33.) On June 13, 2022, the parties filed a separate discovery letter regarding the person most knowledgeable deposition. (Discovery Letter No. 2, Dkt. No. 34.)[1]

The fact discovery cut-off was May 9, 2022. (Dkt. No. 22.) Per Civil Local Rule 37-3, "[w]here the Court has set separate deadlines for fact and expert discovery, no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off[.]" Thus, the discovery letters were due no later than May 16, 2022, and are now untimely.[2]

///

///

---

[1] The parties appeared to then re-file the discovery letter with exhibits. (Dkt. No. 36.)

[2] The Court notes that Defendant previously filed a motion for a protective order as to Mr. Rolfe's deposition, which the Court terminated on April 29, 2022. (Dkt. Nos. 24, 27.) The Court required the parties to file a joint discovery letter. (Dkt. No. 27 at 1.) This improper motion for a protective order does not preserve the parties' right to file the instant discovery letter, particularly when the parties had more than two weeks to timely file the letter. Indeed, the parties stated in their May 13, 2022 case management conference statement that they anticipated filing a discovery letter during the week of May 16, 2022. (Dkt. No. 28 at 2.)

1  Accordingly, the Court TERMINATES the discovery letters.
2      IT IS SO ORDERED.
3  Dated: June 15, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge