1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS "JESSE" JACOBO,<br><br>    Plaintiff,<br><br>  vs.<br><br>MATSON, INC., a Hawaii Corporation; and DOES 1 through 30, inclusive,<br><br>    Defendants. | CASE NO. 3:20-cv-08332-MMC<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE<br><br>Judge: Hon. Maxine M. Chesney<br>Courtroom 7<br><br>Complaint Filed: September 15, 2020<br>Removed: November 25. 2020<br>Trial Date: October 31, 2022 |

ORDER

The Court, having reviewed the ~~foregoing Stipulation~~ parties' Stipulation, filed October 25, 2022, and good cause appearing therefor, orders as follows:

IT IS HEREBY ORDERED that the entirety of the within action is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees, except as otherwise agreed to by the parties pursuant to the executed settlement agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 26, 2022

*[signature]*
The Honorable Maxine M. Chesney
United States District Court Judge